USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  July 31, 2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRAULIO THRONE, on behalf of himself
and all others similarly situated,

                    Plaintiffs,

              -against-

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

                  Defendant.

Case No.  1:18-cv-02492-KPF

**STIPULATION OF DISMISSAL**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel, that the above-entitled action against Defendant, shall be and hereby is

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Brooklyn, New York
            July 30, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel:(929) 575-4175
Joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Lewis S. Wiener, Esq.
Eversheds Sutherland LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001
Tel: (212)583-9600
lewiswiener@eversheds-sutherland.com
*Attorney for Defendant*

Dated: July 31, 2018
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE